**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**RECORD OF PROCEEDINGS AND JUDGMENT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. __07MJ1229__ |
| | ) | |
| vs. | ) | COMPLAINT FILED: __05/31/07__ |
| | ) | |
| HALLIE M. ROE | ) | Tape No: __RBB07-1:10:53-11:31__ |

**VIOLATION:** CT 1: 18 USC 656 - MISAPPLICATION OF FUNDS BY BANK EMPLOYEE (MISD)

**PROCEEDINGS:**                                                DATE: __06/13/07__

__x__   Defendant informed of charges, right to trial and right to counsel.

__x__   Attorney:  FEDERAL DEFENDERS BY JOSEPH MCMULLEN

__x__   Filed "Consent to be Tried by U.S. Magistrate Judge"

**PLEA:**   __x__ Guilty on Count 1

**JUDGMENT AND COMMITMENT**

__x__ Defendant adjudged guilty on count 1

__x__ Penalty Assessment of $25.00 - REMITTED

__x__ Fine of $_____    __X__ Waived    ____ Within_____

____ Committed to the custody of the Bureau of Prisons for imprisonment for a period of _____.

__X__ UNSUPERVISED Probation for a period of __18 MONTHS__ on condition

__X__ she obey all laws Federal, State and Municipal;
__X__ she comply with all lawful rules and regulations of the Probation Department;
__X__ she not possess any narcotic drug or controlled substance without a lawful medical prescription;
__X__ she not possess any firearm or other dangerous weapon.
____ Upon completion of restitution payments, probation may become unsupervised.

    IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

                                        /s/ Ruben Brooks
                                        Ruben B. Brooks
                                        United States Magistrate Judge

*FILED JUN 15 2007 — CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, BY ___ DEPUTY*

# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   HALLIE M. ROE   [1]   07MJ1229

[]   []

The Honorable:   RUBEN B. BROOKS

Atty   FEDERAL DEFENDERS, By JOSEPH MCMULLEN   for   [1]   -   PDA

Atty   _____   for   []   -

Atty   AUSA: DAVENE FINNEL   for   []   -

NTA: 6/13/07
F/A: 6/13/07
Tape # RBB07-1: 10:53-11:31

CASE REASSIGNED TO JUDGE BROOKS
DEFT ARRAIGNED & GUILTY PLEA ENTERED.
COURT ACCEPTS GUILTY PLEA AND SENTENCES TO 18 MONTHS UNSUPERVISED PROBATION ON CONDITIONS AS SET FORTH IN THE JUDGMENT AND COMMITMENT.
S/A - REMITTED.  FINE WAIVED.

Date:   06/13/07   by   VTL for RAB

END OF FORM